NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1344

TALTECH LIMITED
and TAL APPAREL LIMITED,

Plaintiffs-Appellants,

v.

ESQUEL ENTERPRISES LIMITED
and ESQUEL APPAREL INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Western District of Washington in case no. 04-CV-974, Senior Judge Thomas S. Zilly.

ON MOTION

## O R D E R

Upon consideration of the parties' joint motion for leave to file a supplement to the copies of the joint appendix,

IT IS ORDERED THAT:

The motion is granted. The changes may be inserted within the previously submitted appendices within 14 days of the date of filing of this order.

**OCT 1 9 2009**
_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William K. West, Jr., Esq.
Gary J. Rinkerman, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 9 2009

JAN HORBALY
CLERK